Charles N. Steele et al., appellees, v. Katherine E. Mohrmann et al., appellants. Gen. No. 9,081.

Opinion filed September 3, 1936.
Justus Chancellor, for appellants. Herman C. Litchfield, for appellees; Hartley E. LaChapelle, of counsel.
Mr. Justice Dove delivered the opinion of the court.

J. E. Healy, appellee, v. John A. Ross, appellant. Gen. No. 9,085.

Opinion filed September 3, 1936.
Irving Breakstone, for appellant. Montgomery, Hart, Pritchard & Herriott and Walter M. Givler, for appellee.
Mr. Justice Dove delivered the opinion of the court.

Charles D. Henry, Jr., appellee, v. The Federal Land Bank of St. Louis, appellant. Gen. No. 9,090.

Opinion filed September 3, 1936. Rehearing denied October 6, 1936:
Theo E. Kircher and Butz, Taylor & Tolson, for appellant. Chas. D. Henry, Jr., *pro se*.
Mr. Justice Dove delivered the opinion of the court.

Bitha M. Weber, appellant, v. Ora K. Weber, appellee. Gen. No. 9,093.

Opinion filed September 3, 1936.
Charles E. Laudler, for appellant. Ora K. Weber, *pro se*.
Mr. Justice Dove delivered the opinion of the court.